UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: __21-1094__ |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| | : | ORDER OF RELEASE |
| __Martin McNiff__ | : | |

The Court orders the defendant, __Martin McNiff__, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other:


/s/ Martin McNiff                                                                    4/8/21

DEFENDANT                                                                            DATE


It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

*[signature: Anthony R. Mautone]*

ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE


4/8/21
DATE